(Del. Rev. 5/2014) Pro Se Employment Discrimination Complaint

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

_Jorge Santiago Aguilera_

(Name of Plaintiff or Plaintiffs)

v.

_Zachary W. Davis owner_
_Davis-Young Assocates, Inc._

(Name of Defendant or Defendants)

Civ. Action No. _15cv881_
(To be assigned by Clerk's Office)

**COMPLAINT FOR EMPLOYMENT DISCRIMINATION**
(Pro se)

Jury Demand?
☒ Yes
☐ No

1. This action is brought pursuant to (check all spaces that apply):

   ☐ Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et seq.*, for employment discrimination on the basis of race, color, religion, sex, or national origin.

   ☐ Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et seq.*, for employment discrimination on the basis of age. My year of birth is: _____.

   ☒ Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, *et seq.*, for employment discrimination on the basis of a disability by an employer which constitutes a program or activity receiving federal financial assistance.

   ☒ Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et seq.*, for employment discrimination on the basis of disability.

2. Plaintiff resides at _4 2nd ave_ (Street Address)
   _New Castle_ (City) _____ (County) _DE._ (State) _19720_ (Zip Code)
   _(302) 415 2550_ (Area Code) (Phone Number). Attach additional sheets if more than one Plaintiff.

3. Defendant resides at, or its business is located at _200 Cossart Rd_ (Street Address)
   _Chadd's Ford_ (City) _____ (County) _P.A._ (State) _19317_ (Zip Code).

**Attach additional sheets if more than one Defendant.**

1

4. The discriminatory conduct occurred in connection with plaintiff's employment at, or application to be employed at, defendant's __Zachary W. Davis__ place of business
(Defendant's Name)
located at __Davis - Young Associates, inc.__
(Street Address)
__P.O. Box 451   Montchanin   DE.   19720__
(City)     (County)     (State)    (Zip Code)

5. The alleged discriminatory acts occurred on __7__, __11__, __2014__.
(Day) (Month) (Year)

6. The alleged discriminatory practice  ☒ is   ☐ is not   continuing.

7. On __5__, __12__, __2014__, Plaintiff filed charges
(Day) (Month) (Year)
with the Department of Labor of the State of Delaware: __Division Industrial Affairs,__
(Agency)
__4425 N. Market st. 3rd floor__   __Wilmington__
(Street Address)                    (City)         (County)
__Delaware__   __19802__, regarding defendant's alleged discriminatory conduct.
(State)      (Zip Code)

8. On __10__, __08__, __2015__, Plaintiff filed charges
(Day) (Month) (Year)
with the Equal Employment Opportunity Commission of the United States regarding defendant's alleged discriminatory conduct.

9. The Equal Employment Opportunity Commission issued the attached Notice-of-Right-to-Sue letter which was received by plaintiff on: __23__, __09__, __2015__.
(Day) (Month) (Year)

**(NOTE: ATTACH NOTICE-OF-RIGHT-TO-SUE LETTER TO THIS COMPLAINT.)**

10. The alleged discriminatory acts, in this suit, concern:

    A. ☒ Failure to employ plaintiff.
    B. ☒ Termination of plaintiff's employment. Plaintiff was terminated from employment on the following date: __7 - 11 - 2014__.
    C. ☐ Failure to promote plaintiff. Plaintiff was refused a promotion on the following date: _____
    D. ☐ Other acts (please specify): __from january 2014 my treatmen at work was different from all works, my boss degraded my assistant and my truck work. (I fielt bad emotional).__

11. The conduct of Defendant(s) was discriminatory because it was based on (check all that apply):

2

      A. ☐ Plaintiff's race
      B. ☐ Plaintiff's color
      C. ☐ Plaintiff's sex
      D. ☐ Plaintiff's religion
      E. ☐ Plaintiff's national origin
      F. ☐ Plaintiff's age
      G. ☒ Plaintiff's disability

12. A copy of the charges filed with the Department of Labor of the State of Delaware and/or the Equal Employment Opportunity Commission is attached to this complaint and is submitted as a brief statement of the facts of plaintiff's claim.

**(NOTE: ATTACH A COPY OF THE CHARGES FILED WITH THE DEPARTMENT OF LABOR OF THE STATE OF DELAWARE AND/OR THE EQUAL EMPLOYMENT OPPORTUNITY COMMISSION OF THE UNITED STATES TO THIS COMPLAINT.)**

**THEREFORE,** Plaintiff asks the Court to grant such relief as may be appropriate, including but not limited to (check all that apply):

    A. ☐ Injunctive relief (specify what you want the Court to order): _____
    B. ☐ Back pay.
    C. ☐ Reinstatement to former position.
    D. ☒ Monetary damages in the amount of $ 200.000 ⁰⁰ (two hundred thousand).
    E. ☒ That the Court appoint legal counsel.
    F. ☒ Such relief as may be appropriate, including costs and attorney's fees.
    G. ☐ Other (specify): _____

**I/We declare under penalty of perjury that the foregoing is true and correct.**

Dated: 10/01/2015

_Jorge Santiago Aguilera_
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

---

**NOTICE**
Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

JC Form 5 (11/09)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| [X] FEPA | SAN120514 |
| [X] EEOC | 17C-2015-00135 |

**Delaware Department of Labor** and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. Jorge Santiago | (302) 415-2550 | 06-21-1974 |

Street Address: 4 2nd. Avenue, New Castle, DE 19720

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| DAVIS YOUNG ASSOCIATES, INC. | 15 - 100 | (302) 239-1682 |

Street Address: P.O. Box 451, Montchanin, DE 19710

**DISCRIMINATION BASED ON** (Check appropriate box(es).)

[ ] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN
[ ] RETALIATION  [ ] AGE  [X] DISABILITY  [ ] GENETIC INFORMATION
[ ] OTHER (Specify)

**DATE(S) DISCRIMINATION TOOK PLACE**
Earliest: 10-24-2014    Latest: 11-17-2014
[ ] CONTINUING ACTION

**THE PARTICULARS ARE** (If additional paper is needed, attach extra sheet(s)):

**Jurisdiction:** Charging Party worked for Respondent (DE employer; 15+ employees) as a Stone Mason from July 1994 until his discharge on November 17, 2014. Charging Party asserts that he is an individual with a known disability who is able to perform the essential functions of his position either with or without a reasonable accommodation. Charging Party presented this discrimination complaint to DDOL on December 5, 2014.

**Charging Party's protected class:** Disability

**Adverse employment action:** Failure to accommodate, discharge

**Brief statement of allegations:** Charging Party asserts that Respondent provided a light duty position as an accommodation for his disability for approximately a year and a half. Charging Party asserts that he took three weeks of leave due to his disability and, upon his return, Respondent informed him that his light duty position was no longer available.

**Respondent's explanation:** Unknown.

**Applicable law(s):** The Americans With Disabilities Act; Delaware Persons With Disabilities Employment Protections Act

**Comparator(s) or other specific reason(s) for alleging discrimination:** N/A.  J.S.A.

---

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Dec. 23, 2014           Jorge Santiago Aguilera
Date                    Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

Jorge Santiago Aguilera

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

December 23, 2014

JESSICA E. BLOME
NOTARY PUBLIC, STATE OF DELAWARE
My Commission Expires Upon Office

**STATE OF DELAWARE**
**DEPARTMENT OF LABOR**
**DIVISION OF INDUSTRIAL AFFAIRS – OFFICE OF ANTI-DISCRIMINATION**

Jorge Santiago
4 2nd. Avenue
New Castle, DE 19720

DDOL No.: SAN120514
EEOC No.: 17C-2015-00135

vs.

DAVIS YOUNG ASSOCIATES, INC.
P.O. Box 451
Montchanin, DE 19710

### FINAL DETERMINATION AND RIGHT TO SUE NOTICE

Pursuant to 19 Del. C. § 710, *et seq.*, the parties in the above-captioned matter are hereby Noticed of the Department's Final Determination and Right to Sue Notice, as follows:

*No-Cause Determination and Dismissal with Corresponding Right to Sue Notice.*

In this case, the Department has completed its investigation and found that there is no reasonable cause to believe that an unlawful employment practice has occurred. The Department hereby issues a No-Cause Determination and Dismissal and provides the Charging Party with a Delaware Right to Sue Notice.

This No Cause determination is based on the following facts:

*The Charging Party alleges the Respondent took adverse employment action (failure to accommodate, discharge) against him based upon disability. The Respondent denied the allegations of discrimination. The Department of Labor conducted an investigation and determined that the evidence did not establish reasonable cause to believe the Respondent violated the anti-discrimination laws. On June 25, 2015, we notified the Charging Party of our preliminary findings. We gave the Charging Party an opportunity to respond.*

*Charging Party submitted a response; however, the response contained no information that could have resulted in a different outcome.*

*Therefore, we are making a finding of No Reasonable Cause.*

*This final determination is not intended to be construed as an endorsement of Respondent's actions, and is not intended to impact any rights Charging Party may have under other laws.*

See the attached Notice of Rights.

This Final Determination is hereby issued on behalf of the Department of Labor, Division of Industrial Affairs, Office of Anti-Discrimination.

July 31, 2015

Daniel McGannon, Administrator

*Delaware Department of Labor, Division of Industrial Affairs, 4425 N. Market St., Wilmington, DE 19802*

17C_ C-12-NC - No Cause Determ: rev. 09/11

EEOC Form 161 (11/09)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| | |
|---|---|
| **To:** Jorge Santiago<br>4 2nd. Avenue<br>New Castle, DE 19720 | **From:** Philadelphia District Office<br>801 Market Street<br>Suite 1300<br>Philadelphia, PA 19107 |

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 17C-2015-00135 | Natasha Abel,<br>State & Local Coordinator | (215) 440-2650 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[ ] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[X] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

- NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

_____
Spencer H. Lewis, Jr.,
District Director

September 17, 2015
*(Date Mailed)*

Enclosures(s)

cc: DAVIS YOUNG ASSOCIATES, INC.
Attn: Zachary W. Davis
Owner/President
P.O. Box 451
Montchanin, DE 19710