IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JORGE SANTIAGO AGUILERA, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 15-881-RGA |
| ZACHARY W. DAVIS, et al., | : |
| Defendants. | : |

## JUDGMENT

For reasons set forth in the Court's Memorandum Opinion and Order dated September 12, 2017 (D.I. 45 and D.I. 46);

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of Defendants Zachary W. Davis and Davis-Young Associates, Inc., and against Plaintiff Jorge Santiago Aguilera.

_____
United States District Judge

Dated: 9/12/2017

_____
(By) Deputy Clerk